**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : : : : : : THIS DOCUMENT APPLIES TO: : ALL ACTIONS : | MDL No. 2284 11-md-02284 |

**ORDER**

**AND NOW**, this 10th day of January, 2012, upon consideration of the Application of Steven A. Schwartz of Chimicles & Tikellis LLP and Robert C. Gilbert of Grossman Roth, P.A. for Appointment as Plaintiffs' Interim Co-Lead Counsel and supporting documents (Docket Nos. 42-44) and the Application In Support of Appointment of Richard J. Arsenault, Adam J. Levitt, Hollis L. Salzman, and Jonathan D. Selbin as Interim Lead Counsel and supporting documents (Docket Nos. 46-51) and following a hearing on January 6, 2012, it is hereby **ORDERED** that the Application In Support of Appointment of Richard J. Arsenault, Adam J. Levitt, Hollis L. Salzman, and Jonathan D. Selbin as Interim Lead Counsel (Docket No. 46) is **APPROVED** and the following counsel are appointed as Plaintiffs' Interim Co-Lead Counsel for the proposed class: Adam J. Levitt of Wolf, Haldenstein, Adler, Freeman & Herz; Richard J. Arsenault of Neblett, Beard & Arsenault; Hollis L. Salzman of Labaton Sucharow; and Jonathan D. Selbin of Lieff, Cabraser, Heimann & Bernstein.  This Interim Co-Lead Counsel appointment may be reconsidered by the Court as the litigation progresses, and all counsel are instructed to notify the Court if any issues arise that warrant such reconsideration.  Interim Co-Lead Counsel shall

perform their respective functions in accordance with their representations to the Court as set forth in the written submission and as discussed during the referenced hearings.  The Court also expects Interim Co-Lead Counsel to confer conscientiously with all other counsel representing any plaintiff in any of the cases pending before the Court in this litigation, particularly with a view to identifying issues that may distinguish varying interests between or among the various plaintiffs.

                BY THE COURT:

                S/Gene E.K. Pratter
                GENE E.K. PRATTER
                UNITED STATES DISTRICT JUDGE