IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2884 <br> 11-md-02884 |
| THIS DOCUMENT APPLIES TO: BORDAS V. E.I. DUPONT DE NEMOURS AND COMPANY, *et al.* | Case No. 2:12-cv-06446 |

## ORDER

**AND NOW**, this 30th day of January, 2013, upon consideration of Plaintiffs' Motion to Remand (Docket No. 4), DuPont's Opposition (Docket No. 9), and Plaintiffs' Reply (Docket No. 12), it is hereby **ORDERED** that:

1. Plaintiffs' Motion (Docket No. 4) is **DENIED**.

2. Count III of Plaintiffs' Complaint is **DISMISSED**.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge