UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: IMPRELIS HERBICIDE MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2284

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −21)

On October 20, 2011, the Panel transferred 17 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 825 F.Supp.2d 1357 (J.P.M.L. 2011). Since that time, 104 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Gene E.K. Pratter.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Pratter.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 20, 2011, and, with the consent of that court, assigned to the Honorable Gene E.K. Pratter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 22, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: IMPRELIS HERBICIDE MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION**                                    MDL No. 2284

### SCHEDULE CTO−21 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 13−01815 | Lavelle v. E. I. du Pont de Nemours and Company et al |