UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
December 11, 2013
CCO-029-E

No. 13-4345

IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Richard A. Kipphorn, Jr. and Barbara A. Kipphorn,
Appellants

(E.D. Pa. No. 2-11-md-02284)

Present: FUENTES, JORDAN and SHWARTZ, Circuit Judges

1. Motion filed by Appellees Mark Wilson, et al. for summary affirmance or in the alternative motion to expedite appeal with the proposed briefing schedule:

   Appellants' Brief and Appendix due January 6, 2014
   Appellees' Response Brief due January 20, 2014
   Appellants' Reply Brief due January 27, 2014

2. Response filed by Appellants Barbara A. Kipphorn and Richard A. Kipphorn, Jr. to the Motion for summary affirmance or in the alternative motion to expedite appeal

3. Response filed by Appellee EI DuPont de Nemours & Co in Support of the Motion for Summary Affirmance or in the alternative, Motion to Expedite Appeal

4. Amended Reply by Appellee Mark Wilson in support of the Motion for Summary Affirmance or in the alternative, Motion to Expedite Appeal

Respectfully,
Clerk/tnh

_____ORDER_____
The foregoing is denied.

By the Court,

/s/*Julio M. Fuentes*
Circuit Judge

Dated: December 19, 2013
CLW/cc: Michael F. Fettner, Esq.
      Cletus P. Lyman, Esq.
      Michael T. Sweeney, Esq.
      Robert S. Kitchenoff, Esq.
      Adam J. Levitt, Esq.
      Jonathan D. Selbin, Esq.
      Adam L. Hoeflich, Esq.
      Jameson R. Jones, Esq.