# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSLYVANIA

| | | |
|---|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING | ) | Master File No. 11-md-02284 |
| SALES PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | MDL Docket No. 2284 |
| | ) | |
| | ) | **NOTICE OF FILING OF** |
| | ) | **PROPOSED ORDER** |
| | ) | **REGARDING OPT-OUTS** |
| _____ | ) | |
| THIS DOCUMENT APPLIES TO | ) | |
| ALL ACTIONS | ) | |
| _____ | ) | |
| | ) | |

     NOW COMES Plaintiffs and file this Notice of Filing of Proposed Order Regarding Opt-Outs. The Proposed Order is attached hereto and the List of Opt-Outs is attached as Exhibit A.

This the 23rd day of December 2013.

                                       Respectfully Submitted,

                                       /s/ Richard W. Schulte

                                       Richard W. Schulte (OH Bar 0066031)
                                       Wright & Schulte, LLC
                                       812 E. National Rd.
                                       Vandalia, Ohio 45377
                                       Phone: 937-435-7500
                                       Fax:    937-435-7511
                                       rschulte@yourlegalhelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December 2013, I electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification of filing to the email addresses identified on the Electronic Mail Notice list.

/s/ Richard W. Schulte
Richard W. Schulte 0066031