**EXHIBIT A** MDL 11-MD-02284

IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION - OPT-OUT LIST

|    | LAST NAME/BUSINESS NAME | FIRST NAME/REPRESENTATIVE |
|----|---|---|
| 1  | AAA Lawn Care Inc. | Mike Waldecker |
| 2  | Acedo | Jessica |
| 3  | Adams | Douglas & Lori |
| 4  | Alden | Holly |
| 5  | Alderman III | Raymond |
| 6  | Allaire | Mark & Carol |
| 7  | Altschuller | Benjamin |
| 8  | Anderson | Michael & Melissa |
| 9  | Anderson | Nikki |
| 10 | Arassi | Siamak |
| 11 | Arata | John & Jane |
| 12 | Arnold | Darcus |
| 13 | Ashcroft | Nigel & Mary |
| 14 | Aspen Glen 1 HOA | Robyn Bailey of Greenleaf Enterprises |
| 15 | Auker | Ralph |
| 16 | B&D Holdings | Dennis Grimes & Brent Boegler |
| 17 | Bailey | Charles & Phyllis |
| 18 | Bailey | Robyn |
| 19 | Barian | John & Suzanne (Schmidt) |
| 20 | Barley | Robin |
| 21 | Barley | Robin |
| 22 | Barley | Robin |
| 23 | Barley | Robin |
| 24 | Batchelor | Brent & Jessica |
| 25 | Baumann | John & Barbara |
| 26 | Baumann | Peter & Pamela |
| 27 | Baumann | Robert & Roxanne |
| 28 | Becker | Paul |
| 29 | Bell | Michael & Susan |
| 30 | Benson | Lee & Kerri |
| 31 | Benzing | Lynn |
| 32 | Berlau | Charles |
| 33 | Bernhardt | Randall & Teri |
| 34 | Beyer | Craig |
| 35 | Bickel | Jeffrey & Lynda |
| 36 | Biolawn, Inc. | William Cowan |
| 37 | Black Diamond Inc. | Paul Patronik |
| 38 | Bloomberg | Richard & Jean |
| 39 | Bloomington Country Club | John Grugsby |
| 40 | Bonner | James & Judith |
| 41 | Bonte | James & Linda |
| 42 | Boozer | Michael & Lisa |
| 43 | Boudreau | Blain & Michelle |
| 44 | Brathol | Gerald & Carol |
| 45 | Braunreiter | Mark & Jennifer |

| | | |
|---|---|---|
| 46 | Bredens Lawn Maintenance Co. D/B/A Wagenshutz Lawn Spraying of Livonia | Brent Boegler |
| 47 | Brooks | Jammie |
| 48 | Brower | Mark & Clarissa |
| 49 | Bruders | Thomas & Mary |
| 50 | Bruders | Tim |
| 51 | Brusseau | James & Erica |
| 52 | Buckeye EcoCare | Mark Grunkemeyer |
| 53 | Buckeye EcoCare Lawncare | Mark Grunkemeyer |
| 54 | Buckley | Brendan & Mary |
| 55 | Bulman | Thomas & Elaine |
| 56 | Bunce | Donn & Theresa |
| 57 | Burks | Jeffrey |
| 58 | Caldwell | Robert & Sharon |
| 59 | Camacho | Jo Ann |
| 60 | Campbell | Marion |
| 61 | Capers | William |
| 62 | Carey | Eileen |
| 63 | Cedar Ridge Townhouses, Inc. | Phillip Herstman & Alene Brazell |
| 64 | Chandler | Colette & Frank (Friedman) |
| 65 | Chester | Ralph & Deborah |
| 66 | Christoffersen | Claire |
| 67 | Cinnick | Pamela |
| 68 | Clement | Dale |
| 69 | Clements | Scott & Cathy |
| 70 | Clover Downs Phase III Condo Owners Association Corp | |
| 71 | Cohen | Daniel & Mindy |
| 72 | Coker | Ronald |
| 73 | Colburn | Mary |
| 74 | Cole | David |
| 75 | Coleman | Doug & Eliza |
| 76 | Condella | Dave & Corinne |
| 77 | Conley | Jeffrey & Jacqueline |
| 78 | Conrad | Corey |
| 79 | Consiglio | John & Linda |
| 80 | Cook | Richard |
| 81 | Coppinger | Tim & Jane |
| 82 | Corona | Anthony |
| 83 | Cossin | Joyce |
| 84 | Counsell | Michael & Mary |
| 85 | Cowles | Dennis |
| 86 | Craig | Donald |
| 87 | Cuenot | Randy & Marion |
| 88 | Curry | George & Linda |
| 89 | Dallimore | Mark & Wendy |
| 90 | Daprato | Robert & Janet |

| | | |
|---|---|---|
| 91 | Davis | Dayna |
| 92 | Davis | James & Dorothy |
| 93 | Davis | Kenneth & Marcie |
| 94 | Decker | Zach & Melinda |
| 95 | Decker | Jerry & Jean |
| 96 | Decker | Jerry & Jean |
| 97 | Degitz | Tim & Janine |
| 98 | Dehn | Christopher & Heather |
| 99 | Delaware Country Club | |
| 100 | Demint | Brenda |
| 101 | D'Epiro | Robert & Dorothy |
| 102 | Designer Landscape LLC | Gene Hrdina |
| 103 | Didenko | Gerald & Anna |
| 104 | Diehl | Travis |
| 105 | Dobell | Julie |
| 106 | Doehrman | Thomas & Judie |
| 107 | Dougherty | Kris |
| 108 | Douvier | John |
| 109 | Dowie | David (Robyn Bailey of Greenleaf Enterprises) |
| 110 | Downs | Sean & Julie |
| 111 | Duffey King | Jane |
| 112 | Dyke | Suzanne |
| 113 | Dyrud | Richard |
| 114 | EG Systems Inc. D/B/A Scotts Lawn Service | Brain Kura |
| 115 | Ehren | Ruby |
| 116 | Ellis | Douglas & Debra |
| 117 | Emerald Lawn Care, Inc. | Mark Utendorf |
| 118 | Evenson | John & Barbara |
| 119 | Fallows | Jeffrey & Marsha |
| 120 | Faulkner | Stephen & Barbara |
| 121 | Ferber | Scott & Jane |
| 122 | Fertenbaugh | Earl |
| 123 | Finn | James |
| 124 | Flanagan | Robert |
| 125 | Fletcher | David & Rosalie |
| 126 | Fleming | William & Robin |
| 127 | Foman | Chris & Kay |
| 128 | Forbes | John |
| 129 | Ford | Victor |
| 130 | Fowls | Dean & James (Sims) |
| 131 | Frank | Glenn & Susan |
| 132 | Frankenburg | Kurt |
| 133 | Franklin | Benjamin & Cynthia |
| 134 | Fremont | Mark & Donna (Krasney) |
| 135 | Fry | Ronald & Carol |
| 136 | Future Retirement Inc. D/B/A Weed Man | |
| 137 | Gagon | Joanna |

| | | |
|---|---|---|
| 138 | Gammal | Michael |
| 139 | Gardner | Patricia |
| 140 | Gartzke | Douglas & Susan |
| 141 | Gauding | Timothy & Andrea |
| 142 | Gehres | Dana |
| 143 | Geller | Mary |
| 144 | Gerard | Garth & Gloria |
| 145 | Gilbert | David |
| 146 | Gillette | Korlin |
| 147 | Gillispie | John & Jean (Niedermeyer-Gillispie) |
| 148 | Gilmore | Carl & Desa |
| 149 | Giltner | Nancy |
| 150 | Ginther | Shannon |
| 151 | Gleason | Shari |
| 152 | Glidden | Gregory |
| 153 | Goles | Daniel |
| 154 | Gomez | Rodolfo |
| 155 | Good Earth Landscape Contractors | Dawn Pols |
| 156 | Good Nature Organic Lawn Care | Alex McClennan |
| 157 | Gordon | Joel & Ellen |
| 158 | Gorski | Thomas & Mary |
| 159 | Graf | Greg |
| 160 | Graham | John Jr & Stephanie |
| 161 | Graham | Roxanne |
| 162 | Grahek | Philip & Delores |
| 163 | Green | Diane |
| 164 | Green Appeal, LLC | Roger Steiner |
| 165 | Greenan | Patrick & Cheryl |
| 166 | Greene | Gary & Sandy |
| 167 | Greener | Gerald |
| 168 | Greener Images, Inc. | John Hermann |
| 169 | Greer | Ray & Jane |
| 170 | Gretter | James & Tracy |
| 171 | Griffin | Chris & Jillian (Herbst) |
| 172 | Griffiths | Brian & Gwyn |
| 173 | Grunenwald | Kathy |
| 174 | Grunewald | Wendy |
| 175 | Guzman | Apolo |
| 176 | Guzzetta | Dan & Rita |
| 177 | Hablewitz | Greg & Lisa |
| 178 | Hahn | Gary & Rosemarie |
| 179 | Haight | Michael & Cory |
| 180 | Haight | Richard & Denise |
| 181 | Hamilton | Jason & Deborah |
| 182 | Hamptons of Canton Township HOA | Sharon Stevens |
| 183 | Hanson | Charles & Cheryl |
| 184 | Happy Turf By Professional | |

| | | |
|---|---|---|
| 185 | Harbit Landscaping LLC | Daniel Harbit Jr. |
| 186 | Harter | Mark & Diane (Bellin) |
| 187 | Hauck | Jeffrey |
| 188 | Haus | Johanna & Ella |
| 189 | Haviland | Dave |
| 190 | Hazboun | Edward |
| 191 | Healy | Pat & Shannon |
| 192 | Heddens | Richard (Robyn Bailey of Greenleaf Enterprises) |
| 193 | Henderson | Dan |
| 194 | Hendrix | Tony |
| 195 | Herbst | Mary |
| 196 | Hess | James |
| 197 | Hess | Patrick & Donna |
| 198 | Hetzel | Larry & Deanne (Blazek) |
| 199 | Hicks | Thomas |
| 200 | Hildebrand (WC Hildebrand MD) | Ed |
| 201 | Hileman | Sandra |
| 202 | Hillenbrand | George II |
| 203 | Hillston | Wayne & Monica |
| 204 | Hire | John & Deborah |
| 205 | Hodes | Joe |
| 206 | Hoffman | Greg |
| 207 | Hohl | Thomas |
| 208 | Holehouse | Gary & Janelle |
| 209 | Holtzinger | Brian |
| 210 | Homestead Golf Course | David Knife |
| 211 | Hopkins | Anthony |
| 212 | Hopwood | Ronald |
| 213 | Horse Theif Phase I (HOA) | Rapp, Ronald |
| 214 | Hough | Steve |
| 215 | House | Eleanor |
| 216 | Hrdina | Gene & Donna |
| 217 | Hummer | Richard |
| 218 | Hunt | Billy & Suzana (Cruz-Hunt) |
| 219 | Huppertz | Matthew & Ildiko |
| 220 | Hutter | Daniel & Patricia |
| 221 | Ignatew | Mark |
| 222 | Ives | Brad & Patricia |
| 223 | Jacob | Susan |
| 224 | Jacobson | James |
| 225 | Jahries | Rob |
| 226 | Jasinski | Mary |
| 227 | Jenkins | Codi |
| 228 | Jensen | Lausanne |
| 229 | Jimenez | Dan & Christy |
| 230 | Jobst | Rick & Judy |
| 231 | McCarter | John & Diana |

| | | |
|---|---|---|
| 232 | Johnson | William & Kelly |
| 233 | Johnson | William |
| 234 | Jordan | Grant & Peggy (Quinley) |
| 235 | Jorgensen | Steve & Tamara |
| 236 | Jouett | Larry & Mary |
| 237 | Jungerberg | Dolores |
| 238 | Kaldenberg PBS Landscaping and Lawn Care | Matt Kaldenberg |
| 239 | Kaldenberg PBS Landscaping/Hawkeye Lawn Care | |
| 240 | Katsock | Allan J. |
| 241 | Kayzar | Jason & Cheryl |
| 242 | Kellar | Jeff & Linda |
| 243 | Keller | Tim & Janice |
| 244 | Kennedy | Daniel & Cheryl |
| 245 | Keuchel | Robert & Rebecca |
| 246 | Keyes | Jeff & Michelle |
| 247 | Kiland | Mark & Elizabeth |
| 248 | Killian | Dan |
| 249 | Kimball | Del & Debbie |
| 250 | Kimball | Del & Debbie |
| 251 | Kimmel | Jane |
| 252 | Kjelstad | Tordeif & Shanon |
| 253 | Klak | James & Jennifer |
| 254 | Kleba | Scott |
| 255 | Knapp | Jerry |
| 256 | Kocher | William & Barbara |
| 257 | Komasinski | Ralph & Katherine (Humphreys) |
| 258 | Kooker | Rob |
| 259 | Kopp | William |
| 260 | Kopydlowski | Gerald & Karen |
| 261 | Krafka | Kurt & Marcela |
| 262 | Krall | Gary |
| 263 | Krause | Donald |
| 264 | Krause | Mike |
| 265 | Krejci | Charles & Christine |
| 266 | Kroska | Linda |
| 267 | Krug | Gene & Margaret |
| 268 | Krumenacher | Thomas & Karren |
| 269 | Kuehner | Gregory & Jayne |
| 270 | Kuhlemeyer | Gregory |
| 271 | Kuhn | Jake & Alyson |
| 272 | Kuhn | Paul & Lisa |
| 273 | Kuhni | Hans & Deanne |
| 274 | Kusick | Kip & Deborah |
| 275 | Lake | Brenda |
| 276 | Lakotas | Charles |
| 277 | Lambright | Marc & Jodi |

| | | |
|---|---|---|
| 278 | Langnade | Allison |
| 279 | Langren | Carl & Susan |
| 280 | Lavelle | Kerry & Geralyn |
| 281 | Lawrence | Jill & Elizabeth (Behring) |
| 282 | Lea | Theodore |
| 283 | Lee | Diane |
| 284 | Leggio | Ronald & Anne |
| 285 | Leinbaugh | Dennis & Mary |
| 286 | Lemajich | Millie |
| 287 | Leonard | Shane & Kimberly |
| 288 | Lepard | Dr. Paul |
| 289 | Libs | Michael |
| 290 | Livingston | Robert & Kathleen |
| 291 | Llewellyn | Erik |
| 292 | Loberg | Daniel |
| 293 | Loje | Dennis & Theresa |
| 294 | Long | Mike |
| 295 | Longhway | Richard |
| 296 | Louk | Michele |
| 297 | Lupo | Mark & Stacey |
| 298 | Lynch | Linda |
| 299 | MacDonald | Douglas & Terry |
| 300 | Machut | Terrence & Jane |
| 301 | Macrae | Steven |
| 302 | Magee | Mary (Robyn Bailey of Greenleaf Enterprises) |
| 303 | Magnuson | Craig & Sophia |
| 304 | Mahadevan | Raman & Karen (David) |
| 305 | Mall | James & Cathy |
| 306 | Malone | Peter & Kathleen |
| 307 | Manard | Howard |
| 308 | Mandwee | Habib & Salwa |
| 309 | Martel | Lawrence |
| 310 | Massman | Henry & Jackie |
| 311 | Masztak | Laura |
| 312 | Matthews | George & Anne |
| 313 | MBC Properties D/B/A Chapel Hill Golf Course | Michael Szymanski |
| 314 | McCauley | James & Christine |
| 315 | McCray | Hatch & Lara |
| 316 | McEvoy | Dennis |
| 317 | McFadden | Greg & Stephanie |
| 318 | McGowan | Michael & Cindy |
| 319 | McGrath | Shawn |
| 320 | McHale | William |
| 321 | McLaine | Shawn & Amy |
| 322 | McLaughlin | Edward & Melissa |
| 323 | McLiney | Joel |

| | | |
|---|---|---|
| 324 | McNall | James |
| 325 | Mehta | Nikhil & Mehta |
| 326 | Melicant | Phil & Tina |
| 327 | Menzl | Robert & Roberta |
| 328 | Merlo | Dennis & Sandra |
| 329 | Merten | Guy |
| 330 | Merva | William |
| 331 | Metzer | Ralph & Colleen (Hartley) |
| 332 | Meyer | Sarah & Kelly |
| 333 | Meyer | William |
| 334 | Miller | Aaron & Jennifer |
| 335 | Miller | Marilyn |
| 336 | Mitchell | Gerald |
| 337 | Moehring | Grant |
| 338 | Mohajir | Katie |
| 339 | Monarch West LLC | Steve Wasserman |
| 340 | Mondak | Jo-Ann |
| 341 | Morgan | Daniel |
| 342 | Mormile | Robert & Francis |
| 343 | Morrison | Brandon |
| 344 | Morse | Jerry & Lori Sue |
| 345 | Moser | Jeff & Stephanie |
| 346 | Moss | William |
| 347 | Mullendore | David & Judy |
| 348 | Mullinax Ford North Canton, Inc. | |
| 349 | Mumper | James & Berdine |
| 350 | Murphy | Timothy & Patricia |
| 351 | Myers | David & Brenda |
| 352 | Natural Green, Inc. | Timothy Pearson |
| 353 | Neilson | Paul & Jacqueline |
| 354 | Neimon | Michael |
| 355 | Nelson | Richard & Dolores |
| 356 | Nespodzany | Joe & Buffy |
| 357 | Nicks | David & Wanda |
| 358 | Nixon | Mike & Margaret |
| 359 | Norton | Mark & Stephanie |
| 360 | Norton | William & Sheila |
| 361 | Novak | Jerry |
| 362 | Nusbaum | Raymond & Stacia |
| 363 | Oesch | Michael & Bonnie |
| 364 | Olbrantz | Mark |
| 365 | Olds | Mike & Tonia |
| 366 | Olig | Todd & Christine |
| 367 | Olson | Kevin & Kerry |
| 368 | Olson | Robert & Kathleen |
| 369 | Orgeman | Michael & Tina |
| 370 | Pacholski | Josephine |

Case 2:11-md-02284-GEKP   Document 267-1   Filed 12/23/13   Page 9 of 13
EXHIBIT A MDL 11-MD-02284
IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION - OPT-OUT LIST

| | | |
|---|---|---|
| 371 | Pachota | Edward |
| 372 | Padget | Dennis |
| 373 | Padget | Dennis |
| 374 | Palmer | John |
| 375 | Park Place Portfolio, Inc. | |
| 376 | Parris | Lance & Parris |
| 377 | Patel | Gharat |
| 378 | Pavlou | George |
| 379 | Pebble Creek Condominium Association | Anne Harvieux |
| 380 | Peers | Wade |
| 381 | Pendolino | Anthony & Karen |
| 382 | Pentes | Chris (Robyn Bailey of Greenleaf Enterprises) |
| 383 | Perficut Lawn & Landscape, Inc. | Kory Ballard |
| 384 | Perrigo, Jr. | William |
| 385 | Peterson | Tamara & Denise |
| 386 | Petrilla | Richard & Heather (Lauderbach) |
| 387 | Phillip | Gerald & Debra |
| 388 | Phillippy | Janet |
| 389 | Pietila | Lenard & Joyce |
| 390 | Pikaitis | Jacqueline, Spouse: McGraw, Ken |
| 391 | Pine Meados Golf, Inc. | |
| 392 | Piros | Christopher & Christina |
| 393 | Plachta | Christopher & Anne Marie |
| 394 | Pomfret | Tim & Margaret |
| 395 | Pray | Joan |
| 396 | Preston Roth Trust | James & Diane Roth, Jane Preston |
| 397 | Pries | Lawrence & Patricia |
| 398 | Proesel | Steven |
| 399 | Prohaskas | Gary & Kristal |
| 400 | Property Care, Inc. | Rob Kooker |
| 401 | Property Care, Inc. | Rob Kooker |
| 402 | Provines | Brian |
| 403 | Puleri | Tom & Suzanne |
| 404 | Quent Baria Techni-Turf, LLC | |
| 405 | Race | James & Jeannie |
| 406 | Racer | Jan |
| 407 | Radtke | Sally |
| 408 | Rakolta | John Jr. |
| 409 | Rametta | Joseph |
| 410 | Ramirez | Ralph |
| 411 | Ranch Place HOA | Carrie Shoaf |
| 412 | Rasch | John & Kimberly |
| 413 | Rastoka | David |
| 414 | Ready | Thomas & Kathy |
| 415 | Reaves | Jeff & Mariellen |
| 416 | Red Roof Inns, and Affiliated Companies | |
| 417 | Red Roof Inns, Inc., Taylor, MI | |

9

| | | |
|---|---|---|
| 418 | Reece | Paul & Kathy |
| 419 | Reeves | Ben & Elizabeth |
| 420 | Reidy | Scott & Joel (Mrozinski) |
| 421 | Reimer | Ronald & Karen |
| 422 | Reisert | Richard & Sandra |
| 423 | Ressler | James |
| 424 | Rickard | Diana |
| 425 | Riddle | Rodney |
| 426 | Riske | Cecile |
| 427 | Ritchey | David & Judy |
| 428 | Ritter Lanscaping, Inc. | |
| 429 | Rivers Bend Apartments | |
| 430 | Robinson | Scott |
| 431 | Rogers | Gary |
| 432 | Rohde | Rita |
| 433 | Rolling Green Turf Care, Inc. | |
| 434 | Romanski | John & Patricia |
| 435 | Ross | Joseph |
| 436 | Rossi | Anthony & Marilyn |
| 437 | Roth | |
| 438 | Rouse | Dave & Jill |
| 439 | Roy C. St. John | |
| 440 | Royal Lawns, LLC | Shane Leonard |
| 441 | Rudd | Clovis |
| 442 | Rupf Living Trust | Lucy Rupf |
| 443 | Rusk | Steven |
| 444 | Russo | John & Annika |
| 445 | Rutgers | Greg & Shawn |
| 446 | Ryan Lawn & Tree, Inc. | |
| 447 | Sallavanti | Armando & Gina |
| 448 | Salty Meachum Little Traverse Bay Golf Club | |
| 449 | Sambuco | Cheryl |
| 450 | Sanderson | Guy & Shirley |
| 451 | Sargent | Evelyn |
| 452 | Scargill | Richard & Elizabeth |
| 453 | Schanher III | Paul |
| 454 | Scheer | Donald & Susan |
| 455 | Scheele | Jeffrey & Susan |
| 456 | Schloesser | Margie |
| 457 | Schoenwalder | Todd & Christine |
| 458 | Schorsten | Joanne |
| 459 | Schroettner | Andrew & Margherita |
| 460 | Schull | Ronald & Cheryl |
| 461 | Schulz | Mark & Julie |
| 462 | Schulze | Kimberly |
| 463 | Schumdlach | Mark & Mary Kay |

EXHIBIT A MDL 11-MD-02284
IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION - OPT-OUT LIST

| | | |
|---|---|---|
| 464 | Seal Properties | Nancy Seal |
| 465 | Seflow | Dana |
| 466 | Shay | Gary |
| 467 | Shiver | Ronald |
| 468 | Shramek | Brian & Angela |
| 469 | Silbaugh | Jeffrey & Maryellen |
| 470 | Siley | Theresa |
| 471 | Silver | Mitchell & Janice |
| 472 | Silver Mountain Sports Club and Spa, LLC | Stanton Jones |
| 473 | Silveus | William & Bonnie |
| 474 | Slager | Tim & Dori |
| 475 | Slager Appliances | Tim Slager |
| 476 | Sloma | Thomas |
| 477 | Smith | Scott & Jennifer |
| 478 | Smucker | Joe & Teresa |
| 479 | Solomon | Timothy |
| 480 | Sommerhauser | Peter |
| 481 | Sorenson | Roger & Margaret |
| 482 | Sorenson | Robyn |
| 483 | Souders | Robin & Karen |
| 484 | Southfork Village Apartments | |
| 485 | Spaedy | Tony & Shellie |
| 486 | Sparks | Walter & Amy |
| 487 | Spontelli | Mike & Lyn |
| 488 | Spraying of Plymouth | Robert "Terry" Wagenschutz |
| 489 | Sprofera | John & Diana |
| 490 | St. Lukes Episcopal Church | Robin James |
| 491 | Stabenfeldt | Charles & Joann |
| 492 | Starks | Thomas & Roxanne |
| 493 | State Fire & Casualty Company | Pat & Barbara Farrell |
| 494 | Stegmann | Barb (State Fire & Casualty Company) |
| 495 | Stemper | John & Joann |
| 496 | Stetter | Derek & Kathleen |
| 497 | Stevens | Amy |
| 498 | Stevens | Sharon |
| 499 | Stillson | David & Claire |
| 500 | Stillwater Golf Course | Jeff Cotner |
| 501 | Stoehr | Stephen & Heather |
| 502 | Stokes | Tom & Suzanne |
| 503 | Storch | Sam & Nicole (Boris) |
| 504 | Stouthamer | Jeff & Kathryn |
| 505 | Strange III | Timothy & Shelley Coffman |
| 506 | Strom | Chris |
| 507 | Stuckmann | Roger & Sandra |
| 508 | Stuedemann | John & Camille |
| 509 | Sullivan | Duane & Melissa |
| 510 | Sun Peak HOA | David Dubois |

| | | |
|---|---|---|
| 511 | Sundeen | John & Elizabeth |
| 512 | Swanson | Paul & Marie |
| 513 | Sweeney | Deborah |
| 514 | T & S Lawn and Landscape | Stephen Beanard |
| 515 | T & S Lawn-Landscapes | Stephen Beanard |
| 516 | Talbott | Andrew |
| 517 | Taranto | Robert |
| 518 | Taylor | Stewart & Vincentina |
| 519 | Temple | Nancy |
| 520 | Temple | Nancy |
| 549 | Terry Turf, Inc. d/b/a Wagenschutz Lawn Spraying of Plymouth | Robert "Terry" Wagenshcutz |
| 521 | Teshka | Joe & Marlene |
| 522 | The Traditions at Cambridge Homeowners Association | Sharon Stevens |
| 523 | Thomas | Kelly |
| 524 | Thompson | Dorthy |
| 525 | Thompson | Mary |
| 526 | Thompson | Steve & Carrie |
| 527 | T-N-T Tree Service, Inc. | |
| 528 | Todd | Michael |
| 529 | Tolpinrud | Toby |
| 530 | Tomlison | Joyce |
| 531 | Torrez | Ralph & Kristie |
| 532 | Trainor | Joseph & Karen |
| 533 | Travis | Jason |
| 534 | Tremmel | Ronald & Jill |
| 535 | Tucker | Thelma |
| 536 | Turtle Creek, LLC; Greenville Golf Course, Greeneville Country Club, LTD | David Wycoff |
| 537 | Van Kirk | Jennifer |
| 538 | Vergonis | Christian & Rosanna |
| 539 | Verik | Michael |
| 540 | Voelzke | Andrew & Jackie |
| 541 | Vogel | Ken & Ann |
| 542 | Vogt | Ruth |
| 543 | Vohlers | Martha |
| 544 | Vomero | Christina |
| 545 | W&C Weh Revocable Trust | William & Carolyn Weh |
| 546 | Wade | William & Kim |
| 547 | Wagenschutz | Robert "Terry" & Catherine |
| 548 | Wagenschutz | Robert "Ryan" & Amanda |
| 550 | Wagner | Richard & Susan |
| 551 | Waite | Bob & Sharon |
| 552 | Walker | Ralph & Harrie |
| 553 | Wallace | Sally |
| 554 | Wallauer | Robert & Dale |

| | | |
|---|---|---|
| 555 | Walnut Creek | John Westlund |
| 556 | Walnut Creek Townhomes | John Westlund |
| 557 | Walton | Bobby & Rita |
| 558 | Weiner | George & Teresa (State Fire & Casualty Company) |
| 559 | Wellman | Karen |
| 560 | Wells | Robert & Patricia |
| 561 | Welte | David |
| 562 | Wenzel | Peter & Diane |
| 563 | Weum | Peter & Christy |
| 564 | Weyenberg | Ken & Jill |
| 565 | White | Donald |
| 566 | White | Donald |
| 567 | Whitworth | Robert |
| 568 | Widen | Jim & Melissa |
| 569 | Wiese | Joe |
| 570 | Wilcox | James |
| 571 | Wiley | Daniel & Dawn |
| 572 | Williams | Celeste |
| 573 | Willowbend HOA | Isabell Wright |
| 574 | Wilmot | Mark & Karen |
| 575 | Wilson | Jon & Bridget |
| 576 | Wilson | Norma |
| 577 | Windermere Community Association | |
| 578 | Wineman | Steve & Julie |
| 579 | Winters | Scott & Angela |
| 580 | Wochinski | David & Dawn |
| 581 | Wollin | Beth |
| 582 | Wood | Peter & Patricia |
| 583 | Woodhams Landscaping | Janet Anderson |
| 584 | Woods | Ronald & Deanna |
| 585 | Woodside Farms Homeowners Association, Inc. | Michael Kollemeyer |
| 586 | Wordon | Robert |
| 587 | Worthington | Jerry & Kris |
| 588 | Yochum | Billy & Elizabeth |
| 589 | Zimmerman | Lawrence |
| 590 | Zwicke | Steven & Janette |
| 591 | Zwillenberg | Joe & Julie |