IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL No. 2284**<br>**11-md-02284** |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

### [PROPOSED] ORDER

**AND NOW**, upon consideration of all information provided by Counsel as requested by this Court at the recent Status Conference held on December 16, 2013, it is hereby **ORDERED** that all claimants listed in the attached Exhibit A have effectively opted out of the class action settlement.

.

Dated:_____

BY THE COURT,

_____
GENE E.K. PRATTER
United States District Judge

1