**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2884 11-md-02884 |
| _____ | : : | |
| THIS DOCUMENT APPLIES TO: GREENER, *et al.*, V. E.I. DUPONT DE NEMOURS AND COMPANY | : : : | Case No. 2:11-cv-7599 |

**ORDER**

**AND NOW**, this 30th day of January, 2014, upon consideration of Pilgrim Village's Motion to Enlarge Time to Exclude Itself From Class and Imprelis Claims Resolution Process (Docket No. 258), Defendant's Opposition thereto (Docket No. 263), and Pilgrim Village's Reply (Docket No. 268), it is hereby **ORDERED** that Pilgrim Village's Motion (Docket No. 258) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge