IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : :  MDL No. 2284 :  11-md-02284 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : |

## ORDER

**AND NOW**, this 5th day of December, 2014, upon consideration of DuPont's Motion for Permanent Injunction Barring the Stovalls' Imprelis Action (Docket No. 318), DuPont's Motion to Dismiss in *Depietri v. E.I. DuPont de Nemours Co.* (Docket No. 319), DuPont's Motion for Permanent Injunction Barring Greener's State Court Imprelis Action (Docket No. 321) and the responses and replies thereto (Docket Nos. 320, 322, 326, 333, 338, 339, 334, 346), and following oral argument on November 6, 2014, it is hereby **ORDERED** that:

1. DuPont's Motions (Docket Nos. 318, 319, 321) are **GRANTED**.

2. Plaintiffs Michael and Judith Stovall, as well as any attorney acting on their behalf, are **ENJOINED** from prosecuting their Pennsylvania state court action against DuPont and defendant Superior, Inc., related to Imprelis® injuries to property, *Stovall v. E.I. duPont de Nemours and Company et al.*, Case No. 13CI04374 (Westmoreland Pa. Comm. Pleas), provided, however, that these enjoined persons may take such steps to effect the dismissal of the state court action with prejudice.

3. Plaintiff Eric Greener, as well as any attorney or agent acting on his behalf, is **ENJOINED** from prosecuting any state court action against DuPont and related to

Imprelis® injuries to property, including the action captioned Greener v. E.I. du Pont de Nemours and Company, No. 27-CV-14-9611 (Minn. Dist. Ct., County of Hennepin, 4th Judicial Dist.), provided, however, that these enjoined persons may take such steps to effect the dismissal of the state court action with prejudice

4. Plaintiffs William and Beth Depietris' Complaint, Civil Action No. 14-4827, is **DISMISSED with prejudice**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE