IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : MDL No. 2284 : 11-md-02284 |
| _____ | : : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : |

## ORDER

**AND NOW,** this 18th day of June, 2015, upon consideration of DuPont's Motion for Permanent Injunction Barring the Holmeses' Imprelis Action (Docket No. 381), the Holmeses' Opposition (Docket No. 432) and DuPont's Reply (Docket No. 441), it is hereby **ORDERED** that: DuPont's Motion (Docket No. 381) is **GRANTED**. Plaintiffs John R. Holmes and Mary Ann Holmes, individually and as trustees of the John R. Holmes Living Trust, as well as any attorney acting on their behalf, are **ENJOINED** from prosecuting their Indiana state court action against DuPont and defendants List Lawn Care and Arbor Care Tree & Landscaping, related to Imprelis® injuries to property, *Holmes v. List Lawn Care, Inc., et al.*, Case No. 34D02-1502-PL-00153 (Howard County Circuit Court, Indiana), provided, however, that these enjoined persons may take such steps to effect the dismissal of the state court action with prejudice.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE