IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : MDL No. 2284 : 11-md-02284 : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : |

## ORDER

**AND NOW,** this 24th day of November, 2015, upon consideration of DuPont's Motion for Permanent Injunction Barring QueenPin's State Court Imprelis Action (Docket No. 504), DuPont's Amended Motion (Docket No. 507), QueenPin's Opposition (Docket No. 514), DuPont's Reply (Docket No. 520), QueenPin's Request for Oral Argument (Docket No. 522), and DuPont's Response in Opposition to that request (Docket No. 524), it is hereby **ORDERED** that:

1. DuPont's Motion (Docket No. 504) is **deemed MOOT**.

2. DuPont's Amended Motion (Docket No. 507) is **GRANTED**. QueenPin LLC, as well as any attorney acting on its behalf, is **ENJOINED** from prosecuting its Ohio state court action against DuPont and Ohio Valley Athletic Fields, f/k/a Saint Clair Lawn Care, related to Imprelis® injuries to property, *QueenPin LLC v. E.I. du Pont de Nemours and Company and Ohio Valley Athletic Fields, f/k/a Saint Clair Lawn Care*, Case No. 15-cv-128 (Common Pleas Court of Belmont County, Ohio), provided, however, that these enjoined persons may take such steps to effect the dismissal of the state court action with prejudice.

3. QueenPin's request for oral argument (Docket No. 522) is **DENIED**.

BY THE COURT:

GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE