IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> :  MDL No. 2284 <br> :  11-md-02284 <br> : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : <br> : <br> : |

## ORDER

**AND NOW,** this 14th day of June, 2016, upon consideration of the Rosses' Motion for Declaratory Judgment/Ruling (Docket No. 609), DuPont's Opposition (Docket No. 614), DuPont's Motion for Permanent Injunction (Docket No. 615), and the Rosses' Opposition (Docket No. 627), it is hereby **ORDERED** that:

1. The Rosses' Motion (Docket No. 609) is **DENIED**. The Rosses did not opt out of the Class Action Settlement.

2. DuPont's Motion (Docket No. 615) is **GRANTED**. Plaintiffs Gail and Dempster Ross, as well as any attorney acting on their behalf, are **ENJOINED** from prosecuting their Michigan state court action against DuPont or Underwood Nursery, LLC, related to Imprelis® injuries to property, *Dempster Ross and Gail Ross v. Underwood Nursery, LLC*, No. 13-2185-CZ (Circuit Ct. of Jackson County, Mich.), provided, however, that these enjoined persons may take such steps to effect the dismissal of the state court action with prejudice.

3. Should there be any issues remaining concerning the Rosses' appeal of the Arborist Panel decision, the Rosses should notify the Court of the pending issues by no later than 21 days from the date of this Order, or the Court will deem their appeal moot.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE