IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING, : 
SALES PRACTICES AND PRODUCTS LIABILITY : 
LITIGATION : MDL No. 2284
: 11-md-02284
:
:
THIS DOCUMENT APPLIES TO: :
ALL ACTIONS :

## ORDER

**AND NOW,** this ___ day of August, 2017, upon consideration of the Appeal of Shanley Properties (Claim 7003160, Docket No. 384) and DuPont's response thereto (Docket Nos. 400, 405), as well as the Arborist Panel decision (attached to Docket No. 451), it is hereby

**ORDERED** that the Appeal (Docket No. 384) is **DENIED**.

BY THE COURT:

GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE

1