IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING, : 
SALES PRACTICES AND PRODUCTS LIABILITY : 
LITIGATION : MDL No. 2284
: 11-md-02284

THIS DOCUMENT APPLIES TO:
ALL ACTIONS

## ORDER

**AND NOW,** this _____ day of August, 2017, upon consideration of the Appeal of Anthony Carobine (Claim 7000895, Docket No. 392), DuPont's response thereto (Docket No. 491), and Mr. Carobine's Reply (Docket No. 479), as well as the Arborist Panel decision (attached to Docket No. 478), it is hereby **ORDERED** that the Appeal (Docket No. 392) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1