IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : MDL No. 2284 : 11-md-02284 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : |

## ORDER

**AND NOW,** this 9th day of August, 2017, upon consideration of the Appeal of Lisa Blazic (Claim 7001696, Docket No. 402), DuPont's response thereto (Docket No. 489), and Ms. Blazic's Reply (Docket No. 497), as well as the Arborist Panel decision (attached to Docket No. 478), it is hereby **ORDERED** that the Appeal (Docket No. 402) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE