IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2284<br>11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, this 9th day of August, 2017, upon consideration of the Appeal of George Jabol and Jean Burns (Claim 9013332, Docket No. 390), DuPont's response thereto (Docket Nos. 422, 469), and Appellants' Replies (Docket Nos. 464, 475), as well as the Arborist Panel decision (attached to Docket No. 451), it is hereby **ORDERED** that the Appeal (Docket No. 385) is **DENIED in part and GRANTED in part**. This matter is **REMANDED** to the Imprelis Appeals Panel to clarify the error in the Panel's Written Statement as to the rating of tree #6.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1