IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2284<br>11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>*Aronimink Golf Club, Inc. v. E.I. du Pont Nemours & Co.* | Civil Action No.<br>16-283 |

## ORDER

**AND NOW**, this 14th day of August, 2017, upon consideration of DuPont's Motion to Dismiss (Docket No. 595), Plaintiff's Response (Docket No. 607), DuPont's Reply (Docket No. 610), Plaintiff's Request for Oral Argument (Docket No. 611), DuPont's supplemental filing (Docket No. 665), and Plaintiff's supplemental filing/Motion for Extension of Time to Complete Discovery Pursuant to Rule 56(d) (Docket No. 668), and following oral argument on June 30, 2016, it is hereby **ORDERED** that:

1. DuPont's Motion to Dismiss (Docket No. 595), converted to a motion for summary judgment, is **GRANTED**. Plaintiff's Complaint is **DISMISSED**.
2. Plaintiff's Motion for Extension of Time to Complete Discovery Pursuant to Rule 56(d) (Docket No. 668) is **DENIED**.
3. Judgment in Civil Action No. 16-283 is entered for Defendant and against Plaintiff.
4. The Clerk of Court shall mark Civil Action No. 16-283 CLOSED for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE