IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2284<br>11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW**, this 16th day of August, 2017, upon consideration of the Appeal of Joseph Sebastianelli (Claim 9010472, Docket No. 388), DuPont's response thereto (Docket No. 42420), and Appellants' Replies (Docket Nos. 443, 462), as well as the Arborist Panel decision (attached to Docket No. 451), it is hereby **ORDERED** that the Appeal (Docket No. 388) is **DENIED in part and GRANTED in part**. This matter is **REMANDED** to the Imprelis Appeals Panel to consider the issue of the Spruce Bird's Nests classification.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE