IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING,
SALES PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL No. 2284
11-md-02284

THIS DOCUMENT APPLIES TO:
ALL ACTIONS

## ORDER

**AND NOW**, this 21 day of August, 2017, upon consideration of the Appeal of Thomas LaFollette (Claim 7001374, Docket No. 429) and DuPont's response thereto (Docket No. 535), as well as the Arborist Panel decision (attached to Docket No. 505), it is hereby **ORDERED** that the Appeal (Docket No. 429) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1