IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2284<br>11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW,** this 21 day of August, 2017, upon consideration of the Appeal of Darnella Resetar (Claim 7002452, Docket No. 426) and DuPont's response thereto (Docket No. 533), as well as the Arborist Panel decision (attached to Docket No. 505), it is hereby

**ORDERED** that the Appeal (Docket No. 426) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1