## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING,    :
SALES PRACTICES AND PRODUCTS LIABILITY  :
LITIGATION    :   MDL No. 2284
    :   11-md-02284
_____:
    :
THIS DOCUMENT APPLIES TO:    :
ALL ACTIONS    :

## ORDER

**AND NOW,** this⎽⎽⎽ day of August, 2017, upon consideration of the Appeal of John

Masserant (Claim 1001425, Docket No. 424) and DuPont's response thereto (Docket No. 532),

as well as the Arborist Panel decision (attached to Docket No. 505), it is hereby **ORDERED** that

the Appeal (Docket No. 424) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1