IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2284<br>11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW,** this 21 day of August, 2017, upon consideration of the Appeal of Blues Creek Golf Club (Claim 9000054, Docket No. 410) and DuPont's response thereto (Docket No. 490), as well as the Arborist Panel decision (attached to Docket No. 478), it is hereby

**ORDERED** that the Appeal (Docket No. 410) is **DENIED in part and GRANTED in part**. The Appeal is **DENIED** in all respects, except that tree #18A shall be listed as 25 feet tall and tree #27 shall be listed as 12 feet tall.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1