IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2284<br>11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

## ORDER

**AND NOW,** this _21_ day of August, 2017, upon consideration of the Appeal of Pascal and Lucy Da Cruz (Claim 700801, Docket Nos. 425, 427), DuPont's response thereto (Docket No. 534), and Appellants' Reply (Docket No. 521), as well as the Arborist Panel decision (attached to Docket No. 505), it is hereby **ORDERED** that the Appeal (Docket Nos. 425, 427) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1