IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 2284 <br> : 11-md-02284 <br> : |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : <br> : <br> : |

## ORDER

**AND NOW,** this 21 day of August, 2017, upon consideration of the Appeal of Peter and Janet Dickinson (Claim 7001098, Docket No. 409), DuPont's response thereto (Docket Nos. 492, 508), and Appellants' Replies (Docket Nos. 481, 503), as well as the Arborist Panel decision (attached to Docket No. 478), it is hereby **ORDERED** that the Appeal (Docket No. 409) is **DENIED in part and GRANTED in part**. This matter is **REMANDED** to the Imprelis Appeals Panel as to the issue of tree height, as explained in the accompanying Memorandum.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1