## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING,     :
SALES PRACTICES AND PRODUCTS LIABILITY    :
LITIGATION     :    MDL No. 2284
    :    11-md-02284

_____ :

    :

THIS DOCUMENT APPLIES TO:     :
ALL ACTIONS     :

## ORDER

**AND NOW,** this $\overset{24th}{\phantom{x}}$ day of August, 2017, upon consideration of the Appeal of Brian

Groves (Claim 7003310, Docket No. 568) and DuPont's responses thereto (Docket Nos. 584,

585), as well as the Arborist Panel decision (attached to Docket No. 568), it is hereby

**ORDERED** that the Appeal (Docket No. 568) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1