# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : | MDL No. 2284 <br> 11-md-02284 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS : | |

## ORDER

**AND NOW,** this _24th_ day of August, 2017, upon consideration of the Appeal of Ronald Adams (Claim 7002497, Docket No. 551), DuPont's responses thereto (Docket Nos. 560, 592), and Appellants' Reply (Docket No. 587), as well as the Arborist Panel decision (attached to Docket No. 551), it is hereby **ORDERED** that the Appeal (Docket No. 551) is **DENIED**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1