IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING, :
SALES PRACTICES AND PRODUCTS LIABILITY :
LITIGATION : MDL No. 2284
: 11-md-02284
:
:
THIS DOCUMENT APPLIES TO: :
ALL ACTIONS :

## ORDER

**AND NOW,** this 24th day of August, 2017, upon consideration of the Appeal of Marilyn Beddor (Claim 9010079, Docket No. 450), DuPont's responses thereto (Docket No. 549, 570), and Appellants' Replies (Docket Nos. 561, 583), as well as the Arborist Panel decision (attached to Docket No. 518), it is hereby **ORDERED** that the Appeal (Docket No. 450) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1