IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2284<br>11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | |

**ORDER**

AND NOW, this 30th day of August, 2017, upon consideration of the Appeal of Raymond Majcher (Claim 9015367, Docket No. 498) and DuPont's response thereto (Docket No. 512), as well as the Arborist Panel decision (attached to Docket No. 478), it is hereby **ORDERED** that the Appeal (Docket No. 498) is **DENIED in part and GRANTED in part**. The Appeal is **DENIED** in all respects, except that tree #169 shall be rated as a 3.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1