**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: IMPRELIS HERBICIDE MARKETING,     :
SALES PRACTICES AND PRODUCTS LIABILITY    :
LITIGATION         :     MDL No. 2284
         :     11-md-02284
_____:
         :
THIS DOCUMENT APPLIES TO:    :
ALL ACTIONS        :

## ORDER

**AND NOW,** this 30th day of August, 2017, upon consideration of the Appeal of James

and Peggy Merrill (Claim 2000085867, Docket No. 542) and DuPont's response thereto (Docket

No. 559), as well as the Arborist Panel decision (attached to Docket No. 542), it is hereby

**ORDERED** that the Appeal (Docket No. 542) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1