**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: IMPRELIS HERBICIDE MARKETING,     :
SALES PRACTICES AND PRODUCTS LIABILITY   :
LITIGATION                            :    MDL No. 2284
                                        :    11-md-02284

_____:
                                        :
THIS DOCUMENT APPLIES TO:           :
ALL ACTIONS                           :

## ORDER

**AND NOW,** this _30th_ day of August, 2017, upon consideration of the Appeal of

Marianne Diericks (Claim 1002276, Docket No. 582) and DuPont's response thereto (Docket

No. 590), as well as the Arborist Panel decision (attached to Docket No. 582), it is hereby

**ORDERED** that the Appeal (Docket No. 582) is **DENIED.**

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1