**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: IMPRELIS HERBICIDE MARKETING,     :
SALES PRACTICES AND PRODUCTS LIABILITY    :
LITIGATION                                    :      MDL No. 2284
                                               :      11-md-02284
                                               :
_____: 
                                               :
THIS DOCUMENT APPLIES TO:              :
ALL ACTIONS                               :

## ORDER

**AND NOW,** this *30th* day of August, 2017, upon consideration of the Appeal of Michael

Church  (Claim 200008412, Docket No. 619) and DuPont's response thereto (Docket No. 624),

as well as the Arborist Panel decision (attached to Docket No. 619), it is hereby **ORDERED** that

the Appeal (Docket No. 619) is **DENIED**.

BY THE COURT:

GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE

1