IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 2284 <br> : 11-md-02284 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : <br> : <br> : |

## ORDER

**AND NOW**, this 30th day of August, 2017, upon consideration of the Appeal of Jake Heusinkveld (Claim 7003133, Docket No. 605), DuPont's response thereto (Docket No. 613), and Mr. Heusinkveld's reply (Docket No. 616), as well as the Arborist Panel decision (attached to Docket No. 605), it is hereby **ORDERED** that the Appeal (Docket No. 605) is **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1