IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING, : 
SALES PRACTICES AND PRODUCTS LIABILITY :
LITIGATION : MDL No. 2284
: 11-md-02284
:

THIS DOCUMENT APPLIES TO: :
ALL ACTIONS :

## ORDER

**AND NOW**, this 30th day of August, 2017, upon consideration of the Appeal of Debbie and Glenn Lingle (Claim 1002588,[1] Docket No. 604) and DuPont's response thereto (Docket No. 608), as well as the Arborist Panel decision (attached to Docket No. 604), it is hereby **ORDERED** that the Appeal (Docket No. 604) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As DuPont explains in its reply, the Lingles' original claim number was 9011181, and it is that claim number that appears on the docket. However, the Lingles are appealing their warranty claim, not their original claim, and their warranty claim number is 1002588.

1