# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : <br> :   MDL No. 2284 <br> :   11-md-02284 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : <br> : |

## ORDER

**AND NOW,** this 7th day of September, 2017, upon consideration of the Appeal of Tor Dahl (Claim 1003465, Docket No. 655), DuPont's response thereto (Docket No. 661), and Mr. Dahl's Reply (Docket No. 671), as well as the Arborist Panel decision (attached to Docket No. 655), it is hereby **ORDERED** that the Appeal (Docket No. 655) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1