IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : :<br>: MDL No. 2284<br>: 11-md-02284 |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | : : : : |

## ORDER

**AND NOW,** this 7th day of September, 2017, upon consideration of the Appeal of Keith Gallant (Claim 1003169,[1] Docket No. 653) and DuPont's response thereto (Docket No. 660), as well as the Arborist Panel decision (attached to Docket No. 653), it is hereby **ORDERED** that the Appeal (Docket No. 653) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The docket lists Mr. Gallant's claim number as 4009013269. However, that number was attached to his original claim; this appeal deals with the denial of his warranty claim, which is claim number 1003169.

1