IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : MDL No. 2284 : 11-md-02284 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : |

## ORDER

**AND NOW**, this 8th day of September, 2017, upon consideration of the Appeal of Julie and Tom Tefft (Claim 1003563,[1] Docket No. 659) and DuPont's response thereto (Docket No. 666), as well as the Arborist Panel decision (attached to Docket No. 659), it is hereby **ORDERED** that the Appeal (Docket No. 659) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The docket lists the Teffts' claim number as 4009002128. However, that number was attached to their original claim; this appeal deals with the denial of his warranty claim, which is claim number 1003563.

1