## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : : : : : | MDL No. 2284 11-md-02284 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS : : : | |

### AMENDED ORDER[1]

**AND NOW,** this 8th day of September, 2017, upon consideration of the Appeal of Dan Gaffey (Claim 200008412, Docket No. 619) and DuPont's response thereto (Docket No. 624), as well as the Arborist Panel decision (attached to Docket No. 619), it is hereby **ORDERED** that the Appeal (Docket No. 619) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court's August 30, 2017 Order (Docket No. 758) contained a typographical error, which this Amended Order corrects.