# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IMPRELIS HERBICIDE MARKETING,    :
SALES PRACTICES AND PRODUCTS LIABILITY    :
LITIGATION    :    MDL No. 2284
   :    11-md-02284

_____:
   :
THIS DOCUMENT APPLIES TO:    :
ALL ACTIONS    :

## ORDER

**AND NOW,** this 21st day of September, 2017, upon consideration of the Appeal of

Richard Rehm (Claim 1003000,[1] Docket No. 581) and DuPont's response thereto (Docket No.

589), as well as the Arborist Panel decision (attached to Docket No. 581), it is hereby

**ORDERED** that the Appeal (Docket No. 581) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The docket lists Dr. Rehm's claim number as 90000562. However, that number was attached to his original claim; this appeal deals with the denial of his warranty claim, which is claim number 1003000.

1