**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: IMPRELIS HERBICIDE MARKETING, | : | |
| SALES PRACTICES AND PRODUCTS LIABILITY | : | |
| LITIGATION | : | MDL No. 2284 |
| | : | 11-md-02284 |
| _____ | : | |
| | : | |
| THIS DOCUMENT APPLIES TO: | : | |
| ALL ACTIONS | : | |

## ORDER

**AND NOW,** this 21st day of September, 2017, upon consideration of the Appeal of John

and Sharon Mojsiej (Claim 9005943, Docket No. 578) and DuPont's response thereto (Docket

No. 588), as well as the Arborist Panel decision (attached to Docket No. 578), it is hereby

**ORDERED** that the Appeal (Docket No. 578) is **DENIED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1